[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 28, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-12711
Non-Argument Calendar
_____

D. C. Docket No. 05-00258-CR-J-20-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRYAN ANDRE ROAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(December 28, 2006)**

Before BLACK, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, counsel for Bryan Andre Roan in this direct criminal

appeal, has moved to withdraw from further representation of appellant and filed a

brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Roan's conviction and sentence are **AFFIRMED**.